Case 3:26-cv-02951-RFL-JLB Document 8 Filed 06/16/26 PageID.23 Page 1 of 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO MENDOZA GONZAGA<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No. 26-cv-02941<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED AND ADJUDGED**: The petition for writ of habeas corpus having been **GRANTED**, judgment is entered on behalf of Petitioner, and the case shall be closed.

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
RITA F. LIN
United States District Judge